PROB 35A

**ORDER TERMINATING TERM OF SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:  2:03CR00203-01** |
| ) | |
| **Bobby Lee AGUERO** ) | |
| ) | |

On April 13, 2004, the above-named was placed on Supervised Release for a period of 36 months.

This office was notified by Taft Correctional Institution that Bobby Lee Aguero was confirmed dead by the Kern County Coroner on March 21, 2006 (copy of the notification is on file).  It is accordingly recommended this case be closed.

Respectfully submitted,

/s/ Lori V. Clanton

**LORI V. CLANTON
Senior United States Probation Officer**

Dated:        July 26, 2007
              Roseville, California
              lvc:cd

**REVIEWED BY:**          /s/ Richard A. Ertola
                **RICHARD A. ERTOLA
                Supervising United States Probation Officer**

1

Re:   Bobby Lee AGUERO
      Docket Number:   2:03CR00203-01
      **ORDER TERMINATING TERM OF SUPERVISED RELEASE
      PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

---

### ORDER OF COURT

It appearing that the releasee, Bobby Lee AGUERO, is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

Dated: July 30, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

(Notification copy on file)

cc:   AUSA - Kymberly A. Smith
      FLU Unit - United States Attorney's Office
      Fiscal Clerk - Clerk's Office
      Restitution Accounts - Victims